

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00236-CV

**IN THE MATTER OF THE MARRIAGE OF** Charles Inness **THRASH**,
an Incapacitated Adult

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2017-PC-2912-A
Honorable Oscar J. Kazen, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, Brittany Martinez's appeal is DISMISSED FOR WANT OF JURISDICTION. Laura Martinez's motion to stay the underlying proceedings is DENIED AS MOOT, and we AFFIRM the probate court's order.

We order that Appellees Mary C. Werner and Tonya M. Barina recover their costs of court for this appeal from Appellants Laura Martinez and Brittany Martinez.

SIGNED April 29, 2020.

_____
Patricia O. Alvarez, Justice